# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

FEDERAL TRADE COMMISSION
Plaintiff

v.                                                                     3:18-cv-02737-N
                                                                       Civil Action No.

REALPAGE, INC.
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, the Federal Trade Commission,

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Not applicable.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

The consumers and general public affected by the business practices as described in the Complaint.

Dated:  October 16, 2018

        Respectfully submitted,

        ALDEN F. ABBOTT
        General Counsel


        */s/ Ann LeJeune*
        ANN LEJEUNE
        Texas Bar No. 24054286
        Federal Trade Commission
        1999 Bryan Street, Suite 2150
        Dallas, Texas 75201
        (214) 979-9371; alejeune@ftc.gov
        (214) 953-3079 (fax)

        TIFFANY GEORGE
        New York Bar No. 4023248
        Federal Trade Commission
        600 Pennsylvania Ave, NW
        Washington, DC 20580
        Mail Stop CC-8252
        (202) 326-3040; tgeorge@ftc.gov
        (202) 326-3392 (fax)

        AMANDA KOULOUSIAS
        New York Bar No. 4802567
        Federal Trade Commission
        600 Pennsylvania Ave, NW
        Washington, DC 20580
        Mail Stop CC-8252
        (202) 326-3334; akoulousias@ftc.gov
        (202) 326-3392 (fax)